NATIONAL LABOR RELATIONS BOARD, Petitioner, v. CONSUMERS COOPERATIVE REFINERY ASSOCIATION, Respondent.

No. 12710.

United States Court of Appeals
Fifth Circuit.

March 20, 1950.

Clarence D. Musser, Atty., National Labor Relations Bd., Atlanta, Ga., David P. Findling, Associate General Counsel, A. Norman Somers, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

J. A. Gooch, Fort Worth, Tex., for respondent.

Before HOLMES, McCORD, and BORAH, Circuit Judges.

PER CURIAM.

The petition of the Board is granted.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SUPER–COLD SOUTHWEST COMPANY, Respondent.

No. 13023.

United States Court of Appeals
Fifth Circuit.

March 20, 1950.

Rehearing Denied April 18, 1950.

Elmer Davis, Chief Law Officer, National Labor Relations Board, Fort Worth, Tex., David P. Findling, Associate General Counsel, A. Norman Somers, Assistant General Counsel, Washington, D. C., for petitioner.

George E. Seay, Dallas, Tex., for respondent.

Before HOLMES, McCORD, and BORAH, Circuit Judges.

PER CURIAM.

The petition of the Board is granted.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, Appellant, v. Joseph L. GILBERT, Appellee.

No. 12382.

United States Court of Appeals
Ninth Circuit.

March 15, 1950.

Rehearing Denied May 10, 1950.

Charles A. Hart, William W. Wyse, Portland, Ore. (Stanley V. Jacobson, Hart, Spencer, McCulloch, Rockwood & Davies, Portland, Ore., of counsel), for appellant.

Lawrence T. Harris and Edward A. Butler, Eugene, Ore., W. H. Morrison, and Howard K. Beebe, Portland, Ore. (Harris, Bryson, Riddlesbarger & Butler, Eugene, Ore., and Maguire, Shields, Morrison & Bailey, Portland, Ore., of counsel), for appellee.

Before BONE, Circuit Judge, and GOODMAN and MATHES, District Judges.

PER CURIAM.

The judgment of the lower court is affirmed.